UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:
Edith T Ferrari                                         Case No.: 16-23645-EPK
                                                        Chapter 13

        Debtor(s).
_____/

### DEBTOR'S MOTION TO COMPEL ACCOUNTING OF ALL FEES PAID TO JOHN EMERSON AND MOTION TO COMPEL TURNOVER AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

COME(S) NOW the Debtor(s), EDITH T FERRARI, by and through the undersigned attorney, and moves this Court to compel accounting of all fees paid to John Emerson and compel turnover of funds and in support thereof states as follows:

1. The Debtor filed for Chapter 13 bankruptcy protection pro se on March 18, 2016 under case number 16-13885-EPK.

2. The court entered an Order Dismissing Chapter 13 case on July 13, 2016, upon a Motion by the Chapter 13 Trustee to dismiss the case due to the Debtor's failure to complete credit counseling prior to the case being filed. In addition, there were numerous other issues in the case which would have prevented the Debtor from confirming a Chapter 13 plan.

3. The Debtor filed the case pro se with the advice of a paralegal, John Emerson, who was unaware of all the requirements necessary to successfully file and confirm a Chapter 13 plan.

4. The Debtor paid John Emerson fees to assist her with the filing of her Chapter 13 case. The Debtor sent her Chapter 13 plan payments directly to John Emerson to submit to the Trustee on her behalf as instructed by him. John Emerson misappropriated the Debtor's Chapter 13 plan payments and failed to submit the funds to the Chapter 13 Trustee.

5. Undersigned counsel filed this new Chapter 13 for the Debtor on October 5, 2016 under case number 16-23645 in order to save her homestead property via the Court's MMM program.

6. On November 18, 2016 at the 341 Meeting of Creditors, the Chapter 13 Trustee, Robin Weiner, requested that the undersigned file a motion seeking to compel accounting of all fees paid to John Emerson and turnover of funds.

7. Counsel has informed the Debtor of this request and she is in support of the motion.

WHEREFORE, the Debtor(s) respectfully request the Court to enter an Order to compel accounting of all fees paid to John Emerson and directing a turnover of all funds.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served in the manner described below, on  March 15, 2017 , upon:

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

Via CM/ECF:
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R. Weiner, Trustee
ecf@ch13weiner.com; ecf2@ch13weiner.com

Via Certified Mail:
John Emerson
The Promised Dream
777 S Flagler Drive
West Palm Beach, FL  33401

John Emerson
The Promised Dream
3862 Sheridan Street, Suite B
Hollywood, FL  33021

<u>Via US Mail</u>:
All other parties of record on the matrix attached hereto as Exhibit A.

*I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.*

       *Law Offices of*
       **NOWACK & OLSON, PLLC**
       Attorney for Debtor(s)
       8551 Sunrise Blvd, Suite 208
       Plantation, FL 33322
       **(954) 349-2265**

       /s/ Mitchell J. Nowack
       **MITCHELL J. NOWACK, ESQ.**
       Florida Bar Number: 099661

       /s/ Christian J. Olson
       **CHRISTIAN J. OLSON, ESQ.**
       Florida Bar Number: 121436