| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 16-23645-EPK<br>Southern District of Florida<br>West Palm Beach<br>Thu Oct  6 08:52:25 EDT 2016 | Aurora Loan Services, LLC<br>c/o Choice Legal Group, P.A.<br>POB 9908<br>Fort Lauderdale, FL 33310-0908 | Internal Revenue Service*<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Mabt - Genesis Retail<br>Po Box 4499<br>Beaverton, OR 97076-4499 | (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Syncb/jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 | Tnb - Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Christian J. Olson Esq.<br>8551 Sunrise Blvd.<br>Suite 208<br>Plantation, FL 33322-4007 |
| Edith T Ferrari<br>15668 74 St N<br>Loxahatchee, FL 33470-3183 | Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nationstar
350 Highland Dr
Lewisville, TX 75067

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)West Palm Beach | End of Label Matrix<br>Mailable recipients    10<br>Bypassed recipients     1<br>Total                  11 |