

**ORDERED in the Southern District of Florida on May 16, 2017.**

Erik P. Kimball, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:
Edith T Ferrari                                  Case No.: 16-23645-EPK
                                                 Chapter 13

       Debtor(s).
_____ /

### ORDER CONTINUING HEARING ON DEBTOR'S MOTION TO COMPEL ACCOUNTING OF ALL FEES PAID TO JOHN EMERSON AND MOTION TO COMPEL TURNOVER (ECF 43)

THIS CAUSE came to be heard on May 15, 2017, upon the Debtor's Motion to Compel Accounting and Motion to Compel Turnover (ECF 43). With good cause having been shown, it is ORDERED:

1. The hearing on the Debtor's Debtor's Motion to Compel Accounting and Motion to Compel Turnover (ECF 43) has been continued to June 12, 2017 at 1:00PM, to be held at: United States Federal Bankruptcy Courthouse, 1515 North Flagler Drive, Room 801, Courtroom B, West Palm Beach, FL 33401.

###

Submitted by:
Christian J. Olson, Esq.
NOWACK & OLSON, PLLC
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
(954) 349-2265

NOWACK & OLSON, PLLC is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.