

**ORDERED in the Southern District of Florida on June 14, 2017.**

**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:
Edith T Ferrari                                                Case No.: 16-23645-EPK
                                                               Chapter 13

              Debtor(s).
_____/

### ORDER GRANTING DEBTOR'S MOTION TO COMPEL ACCOUNTING OF ALL FEES PAID TO JOHN EMERSON AND ABATING MOTION TO COMPEL TURNOVER (ECF 43)

THIS CAUSE came to be heard on June 12, 2017, upon the Debtor's Motion to Compel Accounting and Motion to Compel Turnover (ECF 43). Based upon the record, it is ORDERED:

1. The Debtor's Motion to Compel Accounting is GRANTED. John Emerson is directed to provide a written accounting along with all supporting documentation within fourteen (14) days from the date of this Order of all monies and/or fees paid by the Debtor, Edith Ferrari, and shall provide the accounting to counsel for the Debtor, Christian J. Olson, Esq., at the following address: NOWACK & OLSON, PLLC, 8551 Sunrise Blvd., Suite 208, Plantation, FL 33322; or via electronic mail to: chris@nowackolson.com.

1. The Debtor's Motion to Compel Turnover is ABATED pending the results of the accounting provided by Mr. Emerson.

###

Submitted by:
Christian J. Olson, Esq.
NOWACK & OLSON, PLLC
8551 Sunrise Blvd., Suite 208
Plantation, FL 33322
(954) 349-2265

NOWACK & OLSON, PLLC is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.